**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 08-CR-30053-MJR |
| | ) | |
| **JOSEPH L. BROWN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

**REAGAN, District Judge:**

On June 12, 2008, the Court granted Brown's motion for psychological examination pursuant to 18 U.S.C. § 4241 (Doc. 50). Brown arrived at the Metropolitan Correctional Center in Chicago to undergo his psychological evaluation on July 2, 2008. A competency hearing is currently set for July 31, 2008.

**18 U.S.C. § 4247(b)** states that the examination shall be complete within thirty days. However, that section also provides that the facility "may apply for a reasonable extension, but . . . not to exceed thirty days . . ., upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant."

In a letter dated July 23, 2008, Dr. Ron Nieberding, the Forensic Psychologist at the Metropolitan Correctional Center, requested a 15-day extension in order to complete testing and examination. Dr. Nieberding indicated that the evaluation will be completed by August 17, 2008 and a report will be prepared and submitted by September 7, 2008.

Having fully considered Dr. Nieberding's letter, the Court hereby **FINDS** good cause that additional time is needed to complete Brown's psychological examination. Accordingly, the Court **GRANTS** an extension of time to complete Brown's examination pursuant to 18 U.S.C.

§ 4247(b). Brown's psychological examination shall be concluded by **August 17, 2008.** A report shall then be filed with this Court as soon as practicable, pursuant to 18 U.S.C. § 4247(b) and (c), with copies to counsel.

The Court also **DIRECTS** the Clerk of the Court to fax a copy of this Order to Dr. Ron J. Nieberding, 312-317-1026, and to make a staff note on the docket indicating that this has been done.

Accordingly, the Court **CONTINUES** Brown's competency hearing to **9:00 a.m. on Friday, September 26, 2008.**

**IT IS SO ORDERED.**

**DATED this 24th day of July 2008.**

                                                s/ Michael J. Reagan
                                                **MICHAEL J. REAGAN**
                                                **United States District Judge**